**Lee L. GRANTHAM, Appellant,**

v.

**COLE COUNTY COMMISSION; John Hemeyer, Cole County Sheriff; Eric Peters; Michael Forck; Eric Peters; Jason Ambler; Russ Bemboom; Jason Bias; Evan DeBrunce; Gary Hill; Amy Pierce; Conley, Dr. Appellees.**

No. 00–2103.

United States Court of Appeals,
Eighth Circuit.

Submitted March 30, 2001.

Decided April 10, 2001.

Before HANSEN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

PER CURIAM.

Former Missouri prisoner Lee L. Grantham appeals the district court's [1] Federal Rule of Civil Procedure 12(b)(6) dismissal of his 42 U.S.C. § 1983 action, and the denial of his motion for injunctive relief.

---

1. The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri, adopting the report and recommendations of the Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri.

After de novo review, *see Gordon v. Hansen*, 168 F.3d 1109, 1113 (8th Cir.1999) (per curiam), we conclude that he failed to state any section 1983 claims upon which relief may be granted. We further conclude that the district court correctly denied Mr. Grantham's motion for injunctive relief, and we deny Mr. Grantham's motion on appeal to file an addendum to his reply brief.

Accordingly, we affirm. *See* 8th Cir. R. 47B.